| | |
|---|---|
| 1 | LAW OFFICES OF WANLAND & BERNSTEIN |
| | Donald M. Wanland, Jr. (SB# 122462) |
| 2 | Donald O. Spaulding (SB# 128109) |
| | James P. Chandler (SB# 215886) |
| 3 | 705 University Avenue |
| | Sacramento, California  95825 |
| 4 | (916) 568-6000 |
| 5 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOMES & LOANS, INC, a California corporation; and LINDA PRICE, an individual, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.  2:05- CV-1117  MCE PAN STIPULATION AND JUDGMENT FOR PERMANENT INJUNCTION |
| Plaintiffs, | | |
| vs. | | |
| THOMAS ANTHONY WIMBERLY, an individual; RON JONES dba NORTHERN CALIFORNIA HOMES & LOANS, an individual, and DOES 1 through 25, inclusive, | | |
| Defendants. | | |

Plaintiffs Homes & Loans, Inc., a California corporation, and Linda Price, an individual (collectively "Plaintiffs"), and Defendants Thomas Anthony Wimberly, an individual, and Ron Jones, individually and dba Northern California Homes and Loans (collectively "Defendants") have entered into a settlement agreement in the above-captioned matter.  Pursuant to the terms of said settlement agreement, the parties hereby stipulate and agree that the preliminary injunction issued by this Court on June 28, 2005 will be entered as a judgment and permanent injunction against Defendants.

THE PARTIES HEREBY STIPULATE AND AGREE TO ENTRY OF A JUDGMENT AS FOLLOWS:

A. A permanent injunction is hereby issued. Defendants, their agents, servants, employees and attorneys and all those in active concert or participation with them are hereby restrained and enjoined, directly or indirectly, whether acting alone or in concert with others, as follows:

1. Defendants shall not do business under the fictitious business name of "Homes & Loans", "Homes and Loans, Inc.", or "Northern California Homes & Loans", or any similar or derivative business name;

2. Defendants shall not represent themselves as being employed by, or otherwise representing, or associated with "Homes & Loans," "Homes and Loans, Inc." "Northern California Homes & Loans," or any similar or derivative business name to any clients, potential clients or the general public;

3. Defendants shall not post any signs at their place or places of business, or anywhere else, or distribute any advertising materials advertising the fictitious business names "Homes & Loans," "Homes and Loans, Inc." "Northern California Homes & Loans," or any similar or derivative business name;

4. Defendants shall not use any of Plaintiffs' trade secret information for any reason whatsoever; including but not limited to Plaintiffs (i) website, (ii) customer list, (iii) email account(s);

5. Defendants shall not solicit or contact, directly or indirectly, any of Plaintiffs' employees, clients, potential clients, or customers or referrals identified through use of Plaintiffs' client or customer list;

6. Defendants shall not begin or complete any real estate transactions in which they have previously represented themselves as employees or representatives of "Homes & Loans," "Northern California Homes & Loans," or any similar business name.

B.  Upon entry by the above-captioned Court, this stipulation and judgment shall be the final resolution of this action.

C.  Plaintiffs' $5,000.00 temporary restraining order bond will be and hereby is fully exonerated with no liability. Plaintiffs' $500.00 preliminary injunction cash deposit in lieu of bond will be and is fully exonerated and said deposit shall be forthwith returned to Plaintiffs.

**PLAINTIFFS:**

HOMES & LOANS, INC.

Dated: _____     By: _____
                                  Linda L. Price
                                  President


Dated: _____     By: _____
                                  Linda L. Price


**DEFENDANTS:**

Dated: _____     By: _____
                                  Thomas Anthony Wimberly


Dated: _____     By: _____
                                  Ron Jones, individually and dba Northern
                                  California Homes & Loans

3

1
2  **APPROVED AS TO FORM ONLY:**
3
4                                                    LAW OFFICES OF WANLAND & BERNSTEIN
5
6  Dated: _____           By: _____
                                              James P. Chandler
7
8
9
10                                                   LAW OFFICES OF DOUGLAS A. MacDONALD
11
12 Dated: _____           By: _____
13                                             Douglas A. MacDonald
14
15         IT IS SO ORDERED
16
17 Dated: October 12, 2005
18                                            _____
                                              MORRISON C. ENGLAND, JR
19                                            UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28